18-2441   David Stebbins v. Kenneth Hixson, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/05/2018

**Case Name:**   David Stebbins v. Kenneth Hixson, et al
**Case Number:**   18-2441

**Docket Text:**
Civil case docketed. [4679282] [18-2441]

**The following document(s) are associated with this transaction:**
Document Description:   None

**Notice will be mailed to:**

Mr. David A. Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, kelly.rowland@arkansasag.gov,agcivil@arkansasag.gov
Mr. David A. Stebbins: stebbinsd@yahoo.com
Mr. Douglas F. Young: