FILED
JUL 05 2018
MICHAEL GANS
CLERK OF COURT

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                      APPELLANT

VS.                      CASE NO. 18-2441

KENNETH HIXSON, DAVID GLOVER,        APPELLEE
PHILLIP WHITEAKER, AND THE STATE OF ARKANSAS

## MOTION FOR APPOINTMENT OF COUNSEL

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion for counsel to be appointed in the above-styled action.

**1.** While, normally, appointment of counsel is in the court's discretion, this is an exception to that case. The Supreme Court has ordered that appointed counsel is mandatory whenever an appellant is challenging a District Court's finding that an appeal is not taken in good faith, the Supreme Court has held that appointment of counsel is mandatory. See Johnson v. United States, 352 US 565, 566 (1957) ("a Court of Appeals must, under Johnson v. Zerbst, 304 U. S. 458, afford one who challenges that certification [that the appeal is not taken in good faith] the aid of counsel unless he insists on being his own"). See also Coppedge v. United States, 369 US 438, 456 (1962) ("The bare application for leave to appeal in forma pauperis seldom furnishes sufficient material for evaluating the weight of the issues involved. For this reason, we have held that in such cases a Court of Appeals must provide the applicant with the assistance of counsel and with a record of

sufficient completeness to give him full opportunity to show that the appeal is in "good faith").

2.  Because this is not in the Court's discretion, I ask that this Court exercise its mandatory duty and appoint counsel in the above-styled action.

So requested on this, the 5th day of July, 2018.

*David S Stebbins* (signature)

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com