18-2441  David Stebbins v. Kenneth Hixson, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/05/2018

**Case Name:** David Stebbins v. Kenneth Hixson, et al
**Case Number:** 18-2441

**Docket Text:**
MOTION for appointment of counsel, filed by Appellant Mr. David A. Stebbins- w/service by USCA8 on 07/10/2018. [4680370] [18-2441]

**The following document(s) are associated with this transaction:**
Document Description:  Pro se motion for appointment of counsel

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, kelly.rowland@arkansasag.gov,agcivil@arkansasag.gov
Mr. David A. Stebbins: stebbinsd@yahoo.com