# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-2441

David A. Stebbins

Appellant

v.

Kenneth Hixson, et al.

Appellees

___

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:18-cv-03040-TLB)
___

**ORDER**

Appellant has been directed to either pay the filing fee or move for leave to proceed in forma pauperis in this appeal. Appellant has moved for appointment of counsel. The motion for appointment of counsel may not ruled on until Appellant either pays the fee or moves for and is granted leave to proceed in forma pauperis in this court. Accordingly, the motion for appointment will be held in abeyance until the fee issue is resolved.

July 10, 2018

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans