FILED

JUL 3 0 2018

MICHAEL GANS
CLERK OF COURT

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS

DAVID A. STEBBINS                                         APPELLANT

VS.                          CASE NO. 18-2441

KENNETH HIXSON, DAVID GLOVER,                             APPELLEE
PHILLIP WHITEAKER, AND THE STATE OF ARKANSAS

FAX RECEIVED

JUL 3 0 2018

U.S. COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

**REPLY TO RESPONSE TO APPLICATION FOR
LEAVE TO PROCEED IN FORMA PAUPERIS**

1. Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Reply to the Defendants' Response to my Application for Levae to Proceed In Forma Pauperis.

2. The clerk of this Court has refused to submit my motion for appointment of counsel in this case, despite appointment of counsel being mandatory under the current circumstances according to Supreme Court precedent (see the Motion for Appointment of Counsel which has been held in abeyance for details). So it is a patent violation of my constitutional rights to force me to argue against the Defendants' objection to my in forma pauperis application by myself.

3. With that said, you need look no further than this repsonse to the Defendants' application as proof that my complaint in the district court was not frivolous and, therefore, this appeal is not frivolous. The fact that they are using my litigation history as a reason to justify keeping me out of the court system is, in and of itself, proof that the Defendants hold a vendetta against me for my litigation

history and are willing to retaliate against me for it.

4. Therefore, the appellee's objections should be overruled.

So requested on this, the 30th day of July, 2018.

*David S Stebbins* (signature)

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com