18-2441  David Stebbins v. Kenneth Hixson, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/30/2018

**Case Name:**    David Stebbins v. Kenneth Hixson, et al
**Case Number:**  18-2441

**Docket Text:**
REPLY to response [4685520-2] filed by Appellant Mr. David A. Stebbins w/service by USCA8 on 07/31/2018. [4688492] [18-2441]

**The following document(s) are associated with this transaction:**
Document Description:  Reply to response to motion for IFP

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Christine Ann Cryer: christine.cryer@arkansasag.gov, kelly.rowland@arkansasag.gov,agcivil@arkansasag.gov
Mr. David A. Stebbins: stebbinsd@yahoo.com