_____

No: 18-2441
_____

David A. Stebbins

Plaintiff - Appellant

v.

Kenneth Hixson; David Glover; Phillip Whiteaker; State of Arkansas

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:18-cv-03040-TLB)
_____

**JUDGMENT**

Before GRUENDER, BOWMAN and STRAS, Circuit Judges.

    The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed as frivolous.

October 16, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

    /s/ Michael E. Gans